**LAW OFFICES OF RAHUL WANCHOO**
Attorneys for Plaintiff
Transglobe Shipping Co. Ltd.
Empire State Building
350 Fifth Avenue, Suite 3304
New York, New York 10118
Phone: (201) 882-0303
Fax:    (201) 301-3576
E-mail: rwanchoo@wanchoolaw.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

TRANSGLOBE SHIPPING CO. LTD.

        Plaintiff,

- against -

NATURAL RESOURCES PTE LTD.

        Defendant

------------------------------------------------------------X

ECF CASE

07 CV 8158 (PKC)

**FED. R. CIV. P.
§7.1 STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Transglobe Shipping Co. Ltd. represents to this Honorable Court that said Plaintiff does not have a corporate parent and any publicly held corporation that owns 10% or more of its stock.

Dated: New York, New York
       September 18, 2007

                                **LAW OFFICES OF RAHUL WANCHOO**
                                Attorneys for Plaintiff
                                TRANSGLOBE SHIPPING CO. LTD.

                                By: _____
                                   Rahul Wanchoo (RW-8725)