**LAW OFFICES OF RAHUL WANCHOO** (RW-8725)
Attorneys for Plaintiff
350 Fifth Avenue, Suite 3304
New York, New York 10118
Phone: (201) 882-0303
Fax:    (201) 301-3576
E-mail: rwanchoo@wanchoolaw.com

```
┌──────────────────────────────────┐
│ USDS SDNY                         │
│ DOCUMENT                          │
│ ELECTRONICALLY FILED              │
│ DOC #: _____            │
│ DATE FILED: _9/18/07_             │
└──────────────────────────────────┘
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

TRANSGLOBE SHIPPING CO. LTD.                    ECF CASE

                Plaintiff,          07 CV 8158 (PkC)

      - against -                          **EX PARTE ORDER OF**
                                     **MARITIME ATTACHMENT**

NATURAL RESOURCES PTE LTD.

                Defendant.

-----------------------------------------------------------------X

      **WHEREAS**, on September 19, 2007, Plaintiff, TRANSGLOBE SHIPPING CO. LTD.

filed a Verified Complaint herein for damages amounting to $770,052.19 inclusive of interest,

cost and reasonable attorneys' fees, and praying for the issuance of Process of Maritime

Attachment and Garnishment pursuant to Rule B of the Supplemental Rules for Certain

Admiralty and Maritime Claims of the Federal Rules of Civil Procedure; and

      **WHEREAS**, the Process of Maritime Attachment and Garnishment would command that

the United States Marshal or other designated process server attach any and all of the

Defendant's property within the District of this Court up to the amount of $770,052.19; and

      **WHEREAS**, the Court has reviewed the Verified Complaint and the supporting affidavit,

and the conditions of the Supplemental Admiralty Rule B appearing to exist, it is hereby

**ORDERED,** that process of Maritime Attachment and Garnishment shall issue against all tangible or intangible property belonging to, claimed by or being held for the Defendant by any garnishees within this District, including but not limited to, JPMORGAN CHASE BANK, UBS AG, CITIBANK, N.A., BANK OF NEW YORK, HSBC BANK, AMERICAN EXPRESS BANK and DEUTSCHE BANK in an amount up to and including $770,052.19, pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure; and it is further

**ORDERED** that any person claiming an interest in the property attached or garnished pursuant to said order shall, upon application to the Court, be entitled to a prompt hearing at which the Plaintiffs shall be required to show cause why the attachment and garnishment should not be vacated or other relief granted; and it is further

**ORDERED** that supplemental process enforcing the Court's Order may be issued by the Clerk upon application without further Order of the Court; and it is further

**ORDERED** that following initial service by the United States Marshal or other designated process server upon each garnishee, that supplemental service of the Process of Maritime Attachment and Garnishment, as well as this Order, may be made by way of facsimile transmission or by electronic mail to any garnishee; and it is further *provided the garnishee consents to same*

**ORDERED** that service on any garnishee described above is deemed effective continuous service throughout the day from the time of such service through the opening of the garnishee's business the next business day; and it is further

**ORDERED** that pursuant to Federal Rule of Civil Procedure 5(b)(2)(D) each garnishee may consent, in writing, to accept service by any other means; and it is further

*provided the garnishee consents to same*

2

**ORDERED** that a copy of this Order be attached to and served with said Process of

Maritime Attachment and Garnishment.


Dated: New York, New York
       September 18, 2007



_____
                U.S.D.J.