**LAW OFFICES OF RAHUL WANCHOO** (RW-8725)
Attorneys for Plaintiff
350 Fifth Avenue, Suite 3304
New York, New York 10118
Phone: (201) 882-0303
Fax:    (201) 301-3576
E-mail: rwanchoo@wanchoolaw.com

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/18/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

TRANSGLOBE SHIPPING CO. LTD.

                Plaintiff,

- against -

NATURAL RESOURCES PTE LTD.

                Defendant.
-----------------------------------------------------------X

ECF CASE

07 CV 8158 (PKC)

**EX PARTE ORDER**
**APPOINTING PERSONS**
**TO SERVE PROCESS**

    Plaintiff, having moved for an Order pursuant to Fed.R. Civ.P. 4(c) appointing Christopher Bogle or any other person appointed by Law Offices of Rahul Wanchoo who is over 18 years of age and is not a party to this action, to serve an attachment and garnishment in this matter, and it appearing from the affidavit of Rahul Wanchoo, Esq., that such appointment will result in substantial economies of time and expense.

    NOW, on motion of Law Offices of Rahul Wanchoo, attorneys for Plaintiff it is

    **ORDERED**, that Christopher Bogle, or any other person appointed by Law Offices of Rahul Wanchoo who is over 18 years of age and is not a party to this action, be and hereby is, appointed to serve Process of Maritime Attachment and Garnishment, supplemental process and a copy of the Verified Complaint in the above-entitled action.

Dated: New York, New York
          September 18, 2007

                                                _____
                                                     U.S.D.J.