# MEMO ENDORSED

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/13/07

## LAW OFFICES OF RAHUL WANCHOO

Law Offices of Rahul Wanchoo
357 Westfield Avenue
Ridgewood, New Jersey 07450

Empire State Building
350 Fifth Avenue, 59th Floor
New York, New York 10118
Telephone: (201) 882-0303
Facsimile: (201) 301-3576
E-Mail: rwanchoo@wanchoolaw.com
Web site: www.wanchoolaw.com

November 12, 2007

**Via Federal Express**
Hon. P. Kevin Castel
United States District Judge
United States Courthouse
500 Pearl St., Room 2260
New York, NY 10007

Re: **Transglobe Shipping Co. Ltd. v. Natural Resources Pte. Ltd.**
Docket No. 07 Civ. 8158 (PKC)
United States District Court, Southern District of New York

Dear Hon. Judge Castel:

We represent the Plaintiff, Transglobe Shipping Co. Ltd., in the above referenced lawsuit. As per your Honor's Order dated September 24, 2007 an initial pretrial conference has been scheduled in this case at **12:15 p.m. on November 16, 2007**. A copy of the Court's Order has been transmitted to the Defendant, Natural Resources Pte. Ltd. For the reasons discussed below, Plaintiff respectfully requests for an adjournment of the initial court conference in this case.

On September 18, 2007 your Honor issued an Ex Parte Order for the issuance of a process of maritime attachment and garnishment against the property of the Defendant in an amount of $770,052.19. Plaintiff has served the process of maritime attachment along with the Court's Order on various garnishees. However, to date, Plaintiff has not restrained any property of the Defendant nor has Defendant filed an appearance in this action. As our appearance at the conference at this time will not further the purposes of Rule 16 of the Federal Rules of Civil Procedure, Plaintiff respectfully requests an adjournment of the conference.

We very much appreciate the Court's consideration of this request.

Respectfully submitted,

LAW OFFICES OF RAHUL WANCHOO

Rahul Wanchoo
Rahul Wanchoo (RW-8725)

*[Handwritten endorsement: Application granted. The initial conference is adjourned from November 16 to January 11, 2008 at 12:15 p.m. in contemplation of a dismissal or assets are attached by then. SO ORDERED. P. Kevin Castel, USDJ, 11-13-07]*