```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/14/08
```

## LAW OFFICES OF RAHUL WANCHOO

**MEMO ENDORSED**

Law Offices of Rahul Wanchoo
357 Westfield Avenue
Ridgewood, New Jersey 07450

Empire State Building
350 Fifth Avenue, 59th Floor
New York, New York 10118
Telephone: (201) 882-0303
Facsimile: (201) 301-3576
E-Mail: rwanchoo@wanchoolaw.com
Web site: www.wanchoolaw.com

January 11, 2008

*Conference adjourned to 2:15 pm February 15, 2008.*
*SO ORDERED*
*[signature]*
*1-11-08*

**Via Fax - (212) 805-7949**
Hon. P. Kevin Castel
United States District Judge
United States Courthouse
500 Pearl St., Room 2260
New York, NY 10007

Re: **Transglobe Shipping Co. Ltd. v. Natural Resources Pte. Ltd.**
    **Docket No. 07 Civ. 8158 (PKC)**
    **United States District Court, Southern District of New York**

Dear Hon. Judge Castel:

We represent the Plaintiff, Transglobe Shipping Co. Ltd., in the above referenced lawsuit. As per your Honor's Order dated November 13, 2007 an initial pretrial conference in this case had been adjourned to today at 12:15 p.m. While I had entered the date in my computer calendar as soon as I received the Order our office recently upgraded its computers and it appears that the date did not transfer to the new computer calendar. Accordingly, I sincerely apologize for not attending today's conference.

Since our report of November 12, 2007 Plaintiff has been electronically serving the process of maritime attachment and garnishment on various banks on a daily basis. However, to date, Plaintiff has not restrained any property of the Defendant nor has Defendant filed an appearance in this action. We shall take instructions from our client if they would like us to continue the daily service on the banks or discontinue this action without prejudice. In the circumstances, we respectfully request your Honor to grant us 30 days to discuss this matter with the Plaintiff and revert to you with our report.

We very much appreciate the Court's consideration of this request.

Respectfully submitted,

LAW OFFICES OF RAHUL WANCHOO

Rahul Wanchoo
Rahul Wanchoo (RW-8725)