**MEMO ENDORSED**

**LAW OFFICES OF RAHUL WANCHOO**

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/13/08

Law Offices of Rahul Wanchoo
357 Westfield Avenue
Ridgewood, New Jersey 07450

Empire State Building
350 Fifth Avenue, 59th Floor
New York, New York 10118
Telephone: (201) 882-0303
Facsimile: (201) 301-3576
E-Mail: rwanchoo@wanchoolaw.com
Web site: www.wanchoolaw.com

February 12, 2008

*[Handwritten endorsement: Conference adjourned from Feb 15 to March 21, 2008 at 11:00 am, FINAL ADJOURNMENT. SO ORDERED. /s/ 2-13-08]*

**Via Fax - (212) 805-7949**
Hon. P. Kevin Castel
United States District Judge
United States Courthouse
500 Pearl St., Room 2260
New York, NY 10007

Re:   Transglobe Shipping Co. Ltd. v. Natural Resources Pte. Ltd.
      Docket No. 07 Civ. 8158 (PKC)
      United States District Court, Southern District of New York

Dear Hon. Judge Castel:

We represent the Plaintiff, Transglobe Shipping Co. Ltd., in the above referenced lawsuit. As per your Honor's Order dated January 11, 2008 an initial pretrial conference in this case had been adjourned to February 15, 2008 at 12:15 p.m.

On September 18, 2007 your Honor issued an Ex Parte Order for the issuance of a process of maritime attachment and garnishment against the property of the Defendant in an amount of $770,052.19. Plaintiff has served the process of maritime attachment along with the Court's Order on various garnishees. Plaintiff has restrained Defendant's property at the Bank of New York in the amount of $1,450.00. Defendant was notified of this attachment pursuant to Local Admiralty Rule B.2. However, Defendant has not filed an appearance in this action. Plaintiff has also been serving daily the process of attachment on the banks as it is not secured up to the full amount of its claim of $770,052.19 authorized by the Order.

In the circumstances we respectfully request an adjournment of the February 15, 2008 conference and request that we provide the Court with our next update in 30 days. We very much appreciate the Court's consideration of this request.

Respectfully submitted,

LAW OFFICES OF RAHUL WANCHOO

*Rahul Wanchoo*
Rahul Wanchoo (RW-8725)