```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/13/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

TRANSGLOBE

                Plaintiff(s),          07 Civ. 8158 (PKC)

      -against-

NATURAL RESOURCES         ORDER
                Defendant(s).

------------------------------------------------------------x

P. KEVIN CASTEL, District Judge:

        As a result of a Pre-Trial Conference held before this Court today, the following is ORDERED:

1. ~~By _____ 200_, the plaintiff(s) defendant(s) parties shall~~ Either the arbitration will be concluded, the matter settled or the case voluntarily dismissed by plaintiff by September 12, 2008, without prejudice.

2. ~~By _____ 200_, the plaintiff(s) defendant(s) parties shall~~

3.

4.

5.

6.  The next conference in this matter will be held on September 19, 2008 at 10:32.

_____
P. Kevin Castel
United States District Judge

Dated: New York, New York
June 13, 2008